IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RON MELK, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | NO. 08-3515 |
| v. | : | |
| PENNSYLVANIA MEDICAL SOCIETY, et al., | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 29th day of June, 2011, it is hereby ORDERED that:

1. Defendant Pennsylvania Medical Society's Motion for Summary Judgment (Docket No. 73) is GRANTED as to Count One and DENIED AS MOOT as to all other Counts.

2. Defendant Congreso de Latinos Unidos's Motion for Summary Judgment (Docket No. 76) is GRANTED as to Count One and DENIED AS MOOT as to all other Counts.

3. Plaintiff Ron Melk's Motion for Partial Summary Judgment (Docket No. 68) is DENIED.

4. Counts Two, Three, Four, Five and Six are DISMISSED WITHOUT PREJUDICE, as the Court declines to exercise supplemental jurisdiction over supplemental state law claims.

5. The Clerk shall mark this case closed for all purposes, including statistics.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II,  U.S.D.J.